| | |
|---|---|
| DISTRICT COURT, GRAND COUNTY, COLORADO<br>Post Office Box 192, 307 Moffat Avenue<br>Hot Sulphur Springs, CO 80451<br>970-725-3357 | **EFILED Document**<br>**CO Grand County District Court 14th JD**<br>**Filing Date: Apr 21 2011  2:45PM MDT**<br>**Filing ID: 37179220**<br>**Review Clerk: Linda Manguso** |
| **Plaintiff:** DEBRA A. TURNER<br><br>**v.**<br><br>**Defendant:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GRAND, STATE OF COLORADO; GRAND COUNTY SHERIFF'S DEPARTMENT, also known as the Grand County Sheriff's Office; and RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County. | ▲       ▲<br>**COURT USE ONLY** |
| | Case Number: 09CV378 |

# ORDER

    This matter was remanded to this Court from the United States District Court for the District of Colorado over two weeks ago.

    The Court orders the parties to show progress in this matter by May 21, 2011, or the Court will dismiss this case without prejudice.

    In addition, given the United States District Court for the District of Colorado's order of remand, the Court informs the parties that there are no pending motions before the Court in this matter at this time.

April 21, 2011
_____    _____
Date                                                                Mary C. Hoak, District Court Judge

1