IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,

      Plaintiff,
v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GRAND, STATE
      OF COLORADO, and
RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, also known
as the Grand County Sheriff's Department and Sheriff's Office, and in his individual
capacity,

      Defendants.

_____

## ORDER FOR STATUS HEARING
_____

      This civil action was removed to this court by the notice of removal filed by defendant the Grand County Board of Commissioners and Grand County Sheriff Rodney D. Johnson on October 7, 2011.  As required, the notice of removal attached the pleadings in the District Court, Grand County, Colorado, preceding the notice of removal, including a filing in that court on September 23, 2011, of Plaintiff's "New" Amended Complaint, setting forth a breach of contract as the first claim for relief and a claim for Constitutional due process under 42 U.S.C. § 1983 as the second claim for relief.  That claim forms the basis for the assertion of federal question jurisdiction in the notice of removal.  A response to that pleading was filed in this court on October 22, 2011, by Sheriff Johnson.  On October 24, 2011, the plaintiff filed in this court a Reply to Defendants' Response to Plaintiff's Motion to Clarify and Revise, for Case

Management and to Vacate, filed September 22, 2011, in the state court.  Because it is unclear as to what matters are properly before this court, it is

ORDERED that a hearing will be held in this court at a time to be scheduled with counsel to determine the status of this case and the manner in which this civil action will proceed in this court.

DATED: October 28, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge