IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,

     Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GRAND, STATE
     OF COLORADO, and
RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, also known
as the Grand County Sheriff's Department and Sheriff's Office, and in his individual
capacity,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     A status hearing is set for **December 2, 2011, at 4:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: November 21, 2011