**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:               September 12, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,                                             Dennis P. Walker

     Plaintiff,

v.

RODNEY D. JOHNSON,                                           Leslie L. Schluter
in his individual and official capacity as Sheriff of Grand County,

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:00 a.m.      Court in session.**

Court's preliminary remarks and its comments regarding a related previously litigated case and plaintiff's motion for partial summary judgment.

**ORDERED:   Plaintiff's Motion for Partial Summary Judgment [35], denied.**

Counsel answer questions and make their respective argument regarding plaintiff's discovery motions [24], [25] and [26].

**Court instructs Ms. Schluter to provide information and calculation regarding salary and value of the benefits as stated on record.**

Ms Schluter clarifies that two personnel files were maintained (Sheriff and County Manager) and acknowledgments to the county manual were kept in the county manager's file.

**Court instructs Ms. Schluter to provide information regarding discipline and dismissal of others and for counsel to prepare and submit a proposed protective order as stated on record.**

Ms. Schluter agrees to stipulate that the unemployment hearing transcript is not contested and exhibits admitted at the hearing were the ones used.

September 12, 2012
11-cv-02635-RPM

**Court states it will permit the deposition of Anthony J. DiCola but limits its scope to the interaction between DiCola and Ms. Turner concerning Mr. DiCola's request for a jail visit with his client.**

**ORDERED:** **Plaintiff's Motion to Amend Scheduling Order to Permit the Deposition of Anthony J. DiCola [24], is resolved as stated on record.**

**Plaintiff's Motion to Determine the Sufficiency of Defendant's Answer to Requests for Admissions, [25], is resolved as stated on record.**

**Plaintiff's Motion to Compel Written Discovery Responses [26], is resolved as stated on record.**

**Time for plaintiff's response to defendant's [37] motion for summary judgment is suspended until disclosures of information and materials are completed as instructed in today's hearing and a motion for extension of time will be granted upon its filing.**

**10:55 a.m.** **Court in recess.**

Hearing concluded.  Total time: 55 min.