IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,

    Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County,

    Defendant.

## PROTECTIVE ORDER

The Court enters the following order, in accordance with the Court's order of September 12, 2012:

Save and except for the information concerning Stephen Holland, who waived his confidentiality by virtue of the lawsuit he filed and pursued through trial (09-cv-02550-RPM), plaintiff's counsel shall keep confidential all information the defense provides concerning the discipline and dismissal of other deputies during the time of Debra Turner's employment at the Grand County Sheriff's Office.  Absent further order of this Court:  1. Plaintiff's counsel shall not share or discuss the information provided with any other individual, not even his client, Debra Turner.  2. Plaintiff's counsel may, however, share the confidential information with members of his law firm and support staff who are working on the case.  3. This order does not prohibit plaintiff's counsel from contacting individuals named in the confidential information, but plaintiff's counsel shall not engage them in discussing the confidential information provided under this order.  4. Plaintiff's counsel shall destroy all information that is subject to this

protective order upon the sooner of (a) the resolution of the case or (b) the entry of final judgment.

DATED this 24th day of October, 2012.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge