IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,

    Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, also known as the Grand County Sheriff's Department and Sheriff's Office, and in his individual capacity,

    Defendants.

---

### ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

    The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

    ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be restricted based on the Protective Order.

    DATED: October 24th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge