IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02635-RPM

DEBRA A. TURNER,

    Plaintiff,

v.

RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County, also known as the Grand County Sheriff's Department and Sheriff's Office, and in his individual capacity,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    Pursuant to the Stipulated Motion to Dismiss With Prejudice, filed November 15, 2012 [43], it is

    ORDERED that plaintiff's claims are withdrawn and her right to pursue any and all claims that have or could have arisen out of the underlying subjected matter is waived, it is

    FURTHER ORDERED that no funds will be paid to the plaintiff and defendant waives and releases his claims for fees and costs.  It is

    FURTHER ORDERED that this civil action is dismissed with prejudice.

    DATED: November 15th , 2012

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior Judge